# United States District Court

### Northern District of New York

## CIVIL JUDGMENT

**STEPHEN and NANCY ROGERS**

                        *Plaintiff*

            **VS.**                    **5:03-CV-767 (NAM) (GJD)**

**THE BLACK AND DECKER CORPORATION**

                        *Defendant*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's motion to voluntarily discontinue the action is granted, the defendant's cross motion for costs and sanctions is denied.  Therefore the complaint is dismissed with prejudice.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 22nd day of September, 2006.


**SEPTEMBER 25, 2006**                          **LAWRENCE K. BAERMAN**
_____           _____

**DATE**                                        **CLERK OF COURT**

                                                      **s/**

                                                  _____

                                                  **JOANNE BLESKOSKI**
                                                  **DEPUTY CLERK**